# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRUCE VACKNER,**
Appellant,

v.

**FLORIDA DEPARTMENT OF REVENUE** o/b/o
**KIMBERLY VACKNER,**
Appellee.

No. 4D2023-0925

[December 7, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert L. Pegg, Judge; L.T. Case No. 562014DR001778.

Chet E. Weinbaum of The Law Office of Chet E. Weinbaum, P.A., Fort Pierce, for appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee Florida Department of Revenue.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***